# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TROY WILLIAM OLIVER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-10-1281-R |
| | ) |
| **GARFIELD COUNTY DETENTION** | ) |
| **FACILITY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered February 8, 2012. Doc. No. 47. No objection to the Report and Recommendation has been filed, nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 47] is ADOPTED, Defendants' motion to dismiss Plaintiff's Complaint is GRANTED and Plaintiff's Complaint is DISMISSED. Plaintiff's Complaint against Defendant Garfield County Detention Center is dismissed with prejudice. Plaintiff's claims regarding violation of his privacy (Count I) are dismissed with prejudice. Plaintiff's remaining claims (Counts II & III) are dismissed without prejudice. Dismissal of Plaintiff's Complaint shall count as a "prior occasion" or strike pursuant to 28 U.S.C. § 1915(g). *See Hafed v. Federal Bureau of Prisons*, 635 F.3d 1172, 1176, 1177 (10th Cir. 2011).

IT IS SO ORDERED this 29th day of February, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE